AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GABRIEL ALBALA<br><br>_____<br>*Defendant.* | )<br>)<br>) Case No. 19-6417-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____8/29/2019_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Laura A. Schwartzenberger, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/30/19

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant is Laura A. Schwartzenberger, Special Agent (SA) with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251 and 2252, et seq. I have been an SA with the FBI since December 2005. Currently, I am assigned to the FBI, Miami Field Office, Violent Crimes Against Children squad, which targets individuals involved in the on-line sexual exploitation of children. I also participate in other types of investigations involving crimes against children. These investigations have included the use of surveillance techniques; undercover activities; the interviewing of subjects and witnesses; and the execution of search, arrest, and seizure warrants.

2. I am conducting an investigation involving the sexual exploitation of children and related activities as described herein. I have personally participated in the investigation, and because of my personal participation in and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the production, importation, and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the FBI. I have assisted in many child pornography and child exploitation investigations, which have involved reviewing examples of

child pornography in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers. As an FBI agent, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256).

3.  This affidavit is submitted in support of a Criminal Complaint charging GABRIEL ALBALA, hereinafter referred to as ALBALA, with possession of child pornography in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

4.  The information provided by other sworn law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

A.  **Background of Birmingham Case**

5.  On August 13, 2018, Tumblr[1] submitted a cyber-tip report to the National Center for Missing and Exploited Children (NCMEC). The report identified a user who uploaded a combination of fifty (50) images and videos onto Tumblr's servers, which depicted prepubescent and pubescent adolescents in various stages of undress and engaged in sexual acts. Tumblr reported the username as stopjealous22 and the Profile/Public Universal Record Locator (URL) as stopjealous22.tumblr.com

---

[1] Tumblr is a public blogging and publishing platform acquired by Yahoo in 2013, and owned by Oath, Inc. The Tumblr service allows users to post multimedia to a public blog page for other users and non-registered users to view.

2

6. On September 10, 2018, Yahoo, Inc., and Oath[2], submitted a cyber-tip report to NCMEC, which was filed as a supplement to the previously filed CyberTipLine Report from Tumblr. Yahoo, Inc. and Oath reported that the user for the account stopjealous22@yahoo.com last successfully logged in on July 20, 2018 from Spectrum Business Internet Protocol (IP) address 71.45.249.170, located in or around Birmingham, Alabama. Yahoo, Inc. and Oath also reported that the user provided description for Tumblr blog stopjealous22.tumblr is "hmu on wickr sendmb6 30$."

7. On September 26, 2018, a Special Agent of the FBI, acting in an undercover capacity (UC), contacted the user named sendmb6 on the Wickr[3] chat application. The user named sendmb6's public avatar, within the Wickr app, depicts the image of an adult male having sex with a young boy, who appears to be under the age of twelve (12). Sendmb6 offered to sell the UC links to download videos of child pornography for either $30 or $40 depending on the link requested. Sendmb6 then provided several screenshots of a MEGA[4] Cloud Drive, which contained multiple folders that purportedly contained child pornography. Examples of the folder names contained within the MEGA Cloud Drive Account are as follows:

   a. Boy mix 40$

   b. Boy on boy 40$

---

[2] Oath, Inc., is a subsidiary of Verizon Communications that serves as the umbrella company of its digital content subdivisions, including AOL and Yahoo.

[3] Wickr is an instant messaging app, which allows users to exchange end-to-end encrypted and content-expiring messages, including photos, videos, and file attachments and place end-to-end encrypted video conference calls. Wickr messages automatically delete after six days.

[4] MEGA is a cloud storage and file hosting service offered by Mega Limited, a New Zealand-based company. MEGA is known for a security feature that encrypts all files locally before they are uploaded to the service. This prevents anyone (including employees of Mega Limited) from accessing the encrypted files without knowledge of the pass key used for encryption.

3

      c. Boy baby (40$)

8. In order to complete the purchase of links, sendmb6 requested payment by Cash App[5] or Amazon gift card. The Amazon gift card number would be messaged through the Wickr chat app. Through the Wickr chat app, the UC then presented sendmb6 with an Amazon gift card redemption code worth $40.

9. On September 26, 2018, sendmb6 provided the UC with a MEGA[6] link for the folder titled "boy on boy 40$." The MEGA link contained a folder with 640 videos, 11.1 gigabytes of digital data. These videos depicted young boys, mostly under the age of 12, in various stages of undress and engaged in sexual acts with other children and/or adults.

10. The UC conducted two more controlled purchases of child pornography with sendmb6. The second purchase resulted in access to an online private chat group, whom openly shared child pornography in the TELEGRAM[7] app. The third controlled purchase resulted in access to one of sendmb6's Dropbox[8] accounts, which resulted in access to hundreds of images and videos of child pornography.

11. An administrative subpoena served on Amazon.com relating to the Amazon gift card provided by the UC revealed the following information:

---

[5] Cash App (formerly known as Square Cash) is a mobile payment service developed by Square, Inc., which allows users to transfer money to one another using a mobile phone app.
[6] MEGA is a file hosting service operated in New Zealand. Users can share files and have access to them on any device, wherever they are.
[7] Telegram is a cloud-based instant messaging and voice over IP service owned by Telegram Messenger LLP and headquartered in the United Kingdom. Users can send messages and exchange photos, videos, stickers, audio, and files of any type.
[8] Dropbox is a file hosting service operated by Dropbox, Inc., and headquartered in San Francisco, California. Dropbox offers cloud storage, file synchronizations, personal cloud, and client software. Users can share files and have access to them on any device, wherever they are.

4

        Name:        David Drake
        Address:     1617 13th Avenue South, Apartment N
                        Birmingham, Alabama 35205-5526
        Phone:       (205) 807-0069

12. An administrative subpoena served on Square, Inc. regarding Cash App account information associated with telephone number (205) 807-0069. Square, Inc. revealed the following account information:

        Name:               David A. Drake
        Phone Number:    (205) 807-0069
        Date of Birth:     May 18, 1999
        Cashtag:          stopjealous

13. A law enforcement database check conducted by the University of Alabama at Birmingham Police Department revealed that telephone number (205) 807-0069 is associated with a University of Alabama at Birmingham student, David Aaron Drake.

14. In October 2018, a federal search warrant was executed on the apartment of Drake, which ultimately resulted in the arrest of Drake.

15. In May 2019, Drake pled guilty to a five-count federal indictment for the advertisement, sale, and possession of child pornography and offered to proffer on the information.

16. Drake admitted to using his Tumblr page to direct users to Wickr, where Drake would complete the sale of child pornography. Drake would share an image of child pornography to his Tumblr blog and, in the note section, would write, "Wickr sendmb6 for links." According to Drake, "sendmb6" stood for "send man/boy." Users would contact Drake on Wickr, via username sendmb6, and Drake would send a screenshot of his collection to the user to decide which folder the user wanted to purchase. Drake sold folders for an amount between $10 to $50.

The price depended on the type and quality of child pornography contained within each folder. Drake would accept payment and then send the users a link to child pornography. Originally, Drake utilized PayPal to accept payments for the sale of child pornography. Eventually, Drake switched to Venmo and Cash App for payment. Drake utilized Amazon gift cards for payments from international customers who could not use Venmo or Cash App. All payments to Drake on his Venmo, Cash App, and Amazon were a direct result of his sale of child pornography. Drake also advised that he instructed users to say the payments were for tutoring, books, or other college-related expenses because Drake felt this would hide the true nature of the transaction. Drake chose college-related terms because he was a college student. Drake only distributed child pornography using these methods.

17. Administrative subpoenas were sent to PayPal; Square, Inc.; and Amazon regarding Drake's accounts. Several users who purchased from Drake were identified utilizing records from Venmo, Cash App, and Amazon. Database checks were then conducted to identify purchasers throughout the United States.

**B.    West Palm Beach Case**

18. According to Venmo records for user stopjealous22@yahoo.com, Venmo user John-Smith-1339 completed the following transactions to Drake.

> a. On September 26, 2018, at 9:48 PM, John-Smith-1339 completed a transaction for $30 from IP address 71.196.123.57, using the bank account ending in 1683, with the note "Tutor."

6

b. On September 28, 2018, at 11:26 PM, John-Smith-1339 completed a transaction for $60 from IP address 71.196.123.57, using the bank account ending in 1683, with the note "Tutor class."

c. On October 1, 2018, at 2:56 PM, John-Smith-1339 completed a transaction for $70 from IP address 107.77.216.186, using MasterCard ending in 3158, with the note "Textbook."

d. On October 5, 2018, at 3:14 PM, John-Smith-1339 completed a transaction for $65 from IP address 107.77.216.48, using the bank account ending in 1683, with the note "Tutoring."

e. On October 8, 2018, at 10:25 PM, John-Smith-1339 completed a transaction for $80 form IP address 71.196.123.57, using the bank account ending in 1683, with the note "Tutoring."

19. An administrative subpoena sent to PayPal regarding Venmo user John-Smith-1339, revealed the following information:

```
Name:          John Smith
Phone:         (954) 940-0260
Email:         supergabe@bellsouth.net
Date joined:   September 26, 2018
Platform:      Venmo for iPhone
Bank account:  JPMorgan Chase, account number 130361683
Credit card:   MasterCard number 5424181198013158
```

20. A search of law enforcement databases for the user of telephone number (954) 940-0260 revealed the following unconfirmed information:

7

    Name:      Gabriel ALBALA

    Address:    1816 NW 67th Avenue, Margate, Florida 33063

21. On July 30, 2019, an administrative subpoena was served on Comcast for information pertaining to the user of IP address 71.196.123.57, on October 8, 2018, at 10:25 PM. Comcast responded that no subscriber information was available as they no longer retained the records from October 2018.

22. On August 13, 2019, another FBI agent and your affiant attempted to contact ALBALA at his aforementioned 67th Avenue residence. A Boynton Beach Police Department vehicle was parked in front of the residence. No one answered the door to the residence. A neighbor approached us and verified the police vehicle belongs to ALBALA, who lives at the residence with his boyfriend. The neighbor advised that ALBALA was out-of-state attending a funeral and provided ALBALA's cell phone number: (954) 940-0260. Your affiant provided ALBALA's neighbor with a business card and cell phone number so that ALBALA could make contact.

23. A short time after your affiant attempted to contact ALBALA at his residence, ALBALA called your affiant from phone number (954) 940-0260 and left a message. In the message, ALBALA advised that he was in California for a funeral, and provided his cell phone number: 954-940-0260. Your affiant texted ALBALA at phone number 954-940-0260 and advised that the matter was not urgent and that your affiant could speak with ALBALA when he returned. ALBALA advised that he would return on August 21, 2019. ALBALA texted your affiant on August 21, 2019, and agreed to meet on approximately August 30, 2019.

24. On August 14, 2019, an administrative subpoena was served on JPMorgan Chase for information pertaining to JPMorgan Chase account number 130361683 associated with the

8

above-mentioned Venmo account. JPMorgan Chase provided a response to the subpoena on August 22, 2019, advising that the account is owned by Gabriel ALBALA, date of birth February 14, 1974.

25.     On August 14, 2019, an administrative subpoena was served on AT&T for information pertaining to phone number (954) 940-0260. AT&T provided the following information in response to the subpoena:

| | |
|---|---|
| Name: | Gabriel ALBALA |
| Address: | 1816 NW 67th Avenue, Margate, Florida 33063 |
| Email: | supergabe954@gmail.com |
| Service start date: | September 27, 2017 |

The records provided by AT&T show that the account belonging to phone number (954) 940-0260 connected to email address supergabe@bellsouth.net on several occasions in September and October 2018 and in June 2019. The records also showed that phone number (954) 940-0260 is currently assigned to an Apple iPhone with IMEI[9] number 353792082624562 (with a varying 16th digit), which is the same IMEI number for the period of September 1, 2018 to August 13, 2019 (the dates requested in the administrative subpoena to AT&T).

26.     On August 22, 2019, an administrative subpoena was served on Mega Ltd. referencing any accounts registered with email addresses supergabe@bellsouth.net and/or supergabe954@gmail.com. Mega provided a response to the subpoena on August 22, 2019, with information regarding an old account and a currently active account registered to email address supergabe@bellsouth.net. The notes on the old account show that, on April 3, 2019, the old

---

[9] The International Mobile Equipment Identity, or IMEI, is a unique numerical identifier for every mobile device. This number helps to differentiate each device form one another. A standard IMEI number is a 14 digit string, with an additional 15th check digit for verifying the entire string. There is also a 16 digit variation that includes information on the device's software version, known as the IMEISV.

account was suspended due to a bad file detection after the user was warned. On the same day, files in the account were removed by Mega based on a third party link that had child sexual abuse material. The notes on the currently active account show that, on November 6, 2018, files in the account were removed by Mega due to confirmed child sexual abuse material. Mega provided logs of the IP addresses and devices used to access both accounts. An Apple iPhone and a Windows 10 computer were used to access both accounts. One of the IP addresses used to access the old Mega account on several occasions in July and August 2018 was 71.196.123.57. The IP address 71.196.123.57 was also used to access the new Mega account on several occasions in September and November 2018 and in January 2019 *(Note: This is the same IP address that was used in the Venmo purchases on October 8, 2018, for which, pursuant to the administrative subpoena, Comcast had advised that no records were available).* Mega also provided that on March 29, 2019, AT&T IP address 162.227.233.98 was used to access the active Mega account. On February 24, 2019, IP addresses 2601:580:10d:891d:adf0:995e:3329:ff6e and 73.85.205.66, which resolve to Comcast, were used to access the active Mega account at 11:09 UTC and 10:56 UTC, respectively.

27. On August 23, 2019, an administrative subpoena was served on AT&T regarding the user of IP address 162.227.223.98 on March 29, 2019. AT&T responded that IP address 162.227.223.98 was used by customer Gabriel ALBALA, at service address 1816 NW 67th Avenue, Margate, Florida 33063, from November 19, 2018 through August 23, 2019.

28. On August 23, 2019, an administrative subpoena was served on Comcast regarding the user of IP addresses 2601:580:10d:891d:adf0:995e:3329:ff6e and 73.85.205.66 on February 24, 2019. Comcast responded with information that IP address 2601:580:10d:891d:adf0:995e:3329:ff6e was used by customer Gabriel ALBALA, service address

1805 NW 68th Avenue, Margate, Florida 33063, billing address 1816 NW 67th Avenue, Margate, Florida 33063, telephone number (954) 940-0260. The billing address is ALBALA's, however the service address is for a home less than 500 feet away in the same neighborhood, and in the next cul-de-sac to the west of ALBALA's. Law enforcement believes the residence located at 1805 NW 68th Avenue, to be the residence of ALBALA's mother. Property records indicate it is listed in both ALBALA's name and what is believed to be his mother's name. Comcast was unable to provide any information regarding the user of IP address 73.85.205.66, due to that IP address belonging to a range of IP addresses assigned to the Xfinity WiFi service.

29. On August 28, 2019, a Federal search warrant signed by United States Magistrate Judge Bruce D. Reinhart was obtained for the search of the residence located at 1816 NW 67th Avenue, Margate, Florida 33063.

30. On August 29, 2019, the search was executed at the residence in Margate, Florida. Present during the search of the residence was ALBALA's roommate. During the execution of the search warrant at the Margate's residence, a Dell desktop computer with serial number 4T5V082 was seized from ALBALA's bedroom. FBI Agents interviewed ALBALA's roommate and the roommate confirmed that the computer belonged to ALBALA.

31. An FBI Agent conducted a forensic preview of the aforementioned computer and observed that it had a single Windows user created account named "Gabe". Multiple files were located on the computer that appeared to depict child pornography including the following:

> a. A file named "HOT VID-20141218-WA0032.mp4" located in the folder path \Users\Gabe\OneDrive\Documents that depicted a prepubescent female placing the erect penis of an adult male in her mouth. At the conclusion of the video, the adult male ejaculates in the mouth of the prepubescent female. The video is 5 minutes and 15 seconds in length. I recognize this video and have encountered it in previous investigations. I know, based on my training and experience that the

prepubescent female depicted in the video is an identified victim and that she was under the age of 18 when this video was created.

b. A file named "bc 26.avi" located in the folder path \Users\Gabe\OneDrive\Documents that depicted an early pubescent male who appeared to be approximately 12 years old. During the video, the suspected minor male removes his clothing and masturbates, exposing his erect penis. The video is 4 minutes and 39 seconds in length.

c. A file named "vid848.wmv" located in the folder path \Users\Gabe\OneDrive\Documents that depicted two pre-pubescent or early pubescent males laying in a bed naked. Both males expose their nude genitals to the camera and masturbate during the video. The video is 15 minutes in length.

## CONCLUSION

32. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that ALBALA knowingly, willfully, and intentionally possessed one (1) or more matters which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a cellular telephone and computer via the Internet, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

*[signature]*
Laura A. Schwartzenberger
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 30 day of August 2019.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE