# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GABRIEL ~~ALBANA~~ ALBALA (J)#  CASE NO: 19-6417-SNOW

AUSA: Cathy Koontz / William Shockley  ATTY: Michael Cohen (tmp)
(If applicable-appeals colloquy)

AGENT: _____  VIOL: _____

PROCEEDING: REPORT RE COUNSEL  RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no  COUNSEL APPOINTED: _____

BOND SET @: _____  To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Atty Cohen - tmp - appearance filed.

Atty Cohen will proceed w/ PTD on 9/5/19.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/ HEARING: | 9-5-19 | 10:30am | SNOW | |
| PRELIM/ARRAIGN.: | 9-13-19 | 11:00am | VALLE | |

CHECK IF APPLICABLE _____ : For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 9-4-19  TIME: 1:00pm  DAR: 11:05:48  PAGE: 1

5min